# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL MALDONADO, | NO. CV 07-1110 GW (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| R.J. SUBIA, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: April 2, 2012.

GEORGE H. WU
UNITED STATES DISTRICT JUDGE